No. 03–155. MESSICK v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 03–156. LACHMAN v. WIETMARSCHEN ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 03–158. APOLLO RESOURCES, INC., DBA APOLLO SERVICES, INC. v. QBE INTERNATIONAL INSURANCE, LTD. C. A. 5th Cir. Certiorari denied.

No. 03–161. LOZANO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–166. APACHE BOHAI CORP., LDC v. TEXACO CHINA, B. V. C. A. 5th Cir. Certiorari denied.

No. 03–168. MURPHY v. OHIO DEPARTMENT OF REHABILITATION AND CORRECTION. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 03–172. BETHEA v. UNITED STATES PAROLE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–175. COLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–177. ELLISON v. SANDIA NATIONAL LABORATORIES ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–179. JACKSON v. STATE BOARD OF PARDONS AND PAROLES, DEPARTMENT OF OFFENDER REHABILITATION OF THE STATE OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 03–180. CRUTCHFIELD ET AL. v. UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–181. PHILLIPS v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 03–186. KU v. TENNESSEE. C. A. 6th Cir. Certiorari denied.